UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. BILLS,<br>　　　　Petitioner,<br>　　v.<br>JOE A. LIZARRAGA,<br>　　　　Respondent. | Case No.  16-cv-5547-TEH<br><br>ORDER FOR PETITIONER TO SHOW CAUSE<br><br>Dkt. No. 2 |

　　　Petitioner, Jimmie L. Bills, has filed a pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254.  Petitioner challenges a 1994 conviction in Contra Costa County, so venue is proper here.  See 28 U.S.C. § 2241(d).

I

　　　Court records indicate that Petitioner already filed a habeas petition in this court that appears to challenge the same conviction.  See Bills v. Pliler, Case No. 00-cv-2275-TEH.  Petitioner's case was denied on the merits.  This appears to be a successive petition.

　　　"A claim presented in a second or successive habeas corpus application under section 2254 that was not presented in a prior application shall be dismissed . . ." 28 U.S.C. § 2244(b)(2).  This is the case unless,

> (A) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral

>            review by the Supreme Court, that was
>            previously unavailable; or
>                 (B) (i) the factual predicate for the
>            claim could not have been discovered
>            previously through the exercise of due
>            diligence; and
>                 (ii) the facts underlying the claim, if
>            proven and viewed in light of the evidence as
>            a whole, would be sufficient to establish by
>            clear and convincing evidence that, but for
>            constitutional error, no reasonable
>            factfinder would have found the applicant
>            guilty of the underlying offense.

28 U.S.C. § 2244(b)(2).

"Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."  28 U.S.C. § 2244(b)(3)(A).  It does not appear that petitioner has received authorization from the Ninth Circuit to file this petition, therefore he will be ordered to show cause why this case should not be dismissed.

## II

For the foregoing reasons and for good cause shown,

1.  Leave to proceed in forma pauperis (Docket No. 2) is GRANTED.

2.  Petitioner must show cause within twenty-one (21) days, why this case should not be dismissed as successive.  Failure to file a response will result in this case being dismissed.

3.  Petitioner is reminded that all communications with the Court must be served on Respondent by mailing a true copy of the document to Respondent's counsel.  Petitioner also must keep the Court and all parties informed of any change of address by filing a separate document entitled "Notice of Change of Address."

1    IT IS SO ORDERED.

2    Dated: 10/6/2016

3    _____
4    THELTON E. HENDERSON
     United States District Judge

5    G:\PRO-SE\TEH\HC.16\Bills5547.osc_p.docx