# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. BILLS,<br><br>    Petitioner,<br><br>  v.<br><br>JOE A. LIZARRAGA,<br><br>    Respondent. | Case No.  16-cv-5547-TEH<br><br>JUDGMENT |

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against Petitioner. Petitioner shall obtain no relief by way of his petition.

IT IS SO ORDERED.

Dated: 11/7/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.16\Bills5547.jud.docx